**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| **In re:** | **Michael T. Mansfield** ) | |
| | **Amanda W. Mansfiled** ) | **Case No. 15-30892** |
| | **Debtors.** ) | **Chapter 13** |
| | ) | |
| Last four digits of SSN or ITIN: | ) ) ) **5306** ) ) ) | |
| | **6666** ) ) | |

## NOTICE OF MOTION TO EXTEND TIME TO FILE PLAN, SCHEDULES AND STATEMENTS

**Christopher M. Winslow, Esq.** has filed papers with this court seeking an extension of time to file Plan, Schedules and Statements.

**Your rights may be affected. You should read these papers carefully, and discuss them with your attorney in this Bankruptcy Case, if you have one. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before <u>14 DAYS FROM TODAY</u>, you or your attorney must:

File with the court and mail a copy to the Debtors' counsel, at the addresses shown below, a written request for a hearing. If you mail your request for hearing to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

| | |
|---|---|
| Clerk of the Court | Christopher M. Winslow, Esq. |
| U.S. Bankruptcy Court | Winslow & McCurry, PLLC |
| 701 E. Broad St., Suite 4000 | 1324 Sycamore Square, Ste 202C |
| Richmond, VA 23219 | Midlothian, VA 23113 |

You must also attend a hearing to be scheduled at a later date.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, and may enter an order granting that relief.

Date: March 9, 2015

/s/ Christopher M. Winslow, Esq.
1324 Sycamore Square, Ste. 202C
Midlothian, VA 23113
VSBN 76156
Counsel for Debtors in Bankruptcy

CERTIFICATE OF SERVICE
See certification in Application Attached hereto

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| In re: | Michael T. Mansfield ) | |
| | Amanda W. Mansfiled ) | Case No. 15-30892 |
| | Debtors. ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Last four digits of SSN or ITIN: **5306** | ) | |
| **6666** | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE PLAN, SCHEDULES AND STATEMENTS

**COMES NOW**, Christopher M. Winslow, counsel for Debtor(s), and says as follows:

### JURISDICTION, VENUE, CORE PROCEEDING

1) This court has jurisdiction pursuant to 28 USC 1441.

2) This is the proper venue pursuant 28 USC 1391.

3) This is a core proceeding pursuant to 28 USC 157.

### PARTIES

4) The movants are the Debtors in the above identified case, as defined by the Bankruptcy Code.

5) Respondents are creditors as defined by the Bankruptcy code.

### FACTS

6) Movants filed a Voluntary Petition and Plan under Chapter 13 in this court on February 23, 2015.

7) Scheduled, Statements list and Plan are due March 9 2015.

8) Movants wish additional time to file the appropriate responsive documents.

### RELIEF REQUESTED

Movants request that the court approve the foregoing motion for the reasons stated above.

/s/ Christopher M. Winslow, Esq.
Christopher M. Winslow, Esq. VSBN 76156

Counsel for the Debtor(s) in Bankruptcy  
Winslow & McCurry, PLLC  
1324 Sycamore Square, Ste 202C  
Midlothian, VA 23113  
Tel: 804.423.1382 Fax: 804.423.1383  
chris@wmmlegal.com

## **CERTIFICATE OF SERVICE**

    I certify that I have this March 9, 2015, transmitted a true copy of the foregoing application electronically through the court's CM/ECF system to the Chapter 13 Trustee and US Trustee, and by regular mail to the to the Debtor and all creditors listed on the attached Service List.

/s/ Christopher M. Winslow, Esq.  
Counsel for the Debtor(s) in Bankruptcy

Winslow & McCurry, PLLC  
Christopher M. Winslow  
1324 Sycamore Square  
Midlothian, VA 23113-0000

Winslow & McCurry, PLLC
Christopher M. Winslow
1324 Sycamore Square
Midlothian, VA 23113


Bass & Associates, P.C.
3936 E. Ft. Lowell Rd; #200
Tucson, AZ 85712


BB & T
4251 Fayetteville Rd.
Munich, ND 58352


Bon Secours Mem. Regional Med.
8620 Atlee Road
Mechanicsville, VA 23116


Capital One
P.O. Box 30281
Salt Lake City, UT 84130


Chippenham Johnston-Willis
Post Office Box 13620
Richmond, VA 23225


Citi
Po Box 6241
Sioux Falls, SD 57117


Clarity Services, Inc.
P.O.Box 5717
Clearwater, FL 33758


Continental Emergency Services
111 Bulifants Blvd. Suite B
Williamsburg, VA 23188


Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Credit One Bank
PO Box 98875
Las Vegas, NV 89193


Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850


Dominion Virginia Power
Attn: System Credit
Post Office Box 26666
Richmond, VA 23261


Esb/Harley Davidson Cr
Po Box 21829
Carson City, NV 89721


Fingerhut
11 McLeland Road
Post Office Box 2900
Saint Cloud, MN 56395


Focused Recovery Solution
9701 Metropolitan Ct
Suite B
Richmond, VA 23236-3662


Gecrb/Amzn
Po Box 981432
El Paso, TX 79998-1432


Gecrb/Havertys
950 Forrer Blvd
Kettering, OH 45420


Gecrb/Jcp
P.O. Box 965009
Orlando, FL 32896

```
Gecrb/Walmart Dc
Po Box 981400
El Paso, TX 79998


Gettington
6509 Flying Cloud Dr
Eden Prairie, MN 55344


Gettington
PO Box 166
Newark, NJ 07101-0166


Hanover County
M. Scott Miller, Treasurer
PO Box 91730
Richmond, VA 23291-1730


Haverty's Funiture Co. Inc.
Corporation Service Company
P.O. Box 1463
Richmond, VA 23218-1463


Hsbc/Bstby
1405 Foulk Road
Wilmington, DE 19808


Hsbc/Herbe
Po Box 15524
Wilmington, DE 19850


Internal Revenue Service
Insolvency Unit
Post Office Box 7346
Philadelphia, PA 19114


Jeff Emmett, President
GE Capital
140 Wekiva Springs Road
Longwood, FL 32779
```

```
Jefferson Capital Sys
16 Mcleland Raod
Saint Cloud, MN 56303


John Randolph Medical Center
P. O. Box 538658
Atlanta, GA 30353


Joseph W. Elrod, Jr. DDS
Bryson K. Dunham D.D.S.
7516 Right Frank Rd.
Mechanicsville, VA 23116


MCV Physicians
PO Box 91747
Richmond, VA 23291


Merrick Bank
Post Office Box 5000
Draper, UT 84020-5000


Midland Funding
8875 Aero Dr. Ste 200
San Diego, CA 92123


Miramedrg
991 Oak Creek Dr
Lombard, IL 60148


Mnet Financial
8262 Atlee Rd.
Suite 100
Mechanicsville, VA 23116


Mnet Financial
95 Argonaut
Suite 250
Aliso Viejo, CA 92656
```

```
Nationwide
One Nationwide Plaza
Columbus, OH 43215


One Hampton Medical
3475 Monentum Place
Chicago, IL 60689


PFS
5400 D. Glenside Drive
Henrico, VA 23228


Professional Anesthesia Group
8260 Atlee Road
Mechanicsville, VA 23116


Pulmonary Associates of Rich
1000 Boulders Pkwy 102
Richmond, VA 23225


R.A. Rogers, Inc.
P.O. Box 3302
Crofton, MD 21114


Radiology Assoc. of Richmond
P.O. Box 13343
Richmond, VA 23225


Recovery Management Systems
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605


Seventh Avenue
1112 7th Avenue
Monroe, WI 53566-1364


The Foot Ankle Center, LLC
14205 Telegraph Rd.
Woodbridge, VA 22192
```

```
United Consumers
Post Office Box 4466
Woodbridge, VA 22194-4466


Us Bank/Na Nd
4325 17th Ave S
Fargo, ND 58125


Verizon - Bankrutpcy Dept
P.O. Box 3397
Wilmington, IL 61702


Virginia Department of Taxatio
PO BOX 2156
Richmond, VA 23218-2156


Virginia Emergency Physicians
Post Office Box 85080
Lock Box 4387
Richmond, VA 23285-4387
```